**Order entered August 6, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00428-CV

### MARCUS JARROD PAYNE, Appellant

### V.

### STACY ELEY (PAYNE), Appellee

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-00663**

### ORDER

As directed to do so, appellant has filed written verification he has requested the reporter's record. Because appellant filed a statement of inability to pay costs in the trial court and nothing before us reflects he's been ordered to pay costs, we **ORDER** Donna Kindle, Official Court Reporter for the 303rd Judicial District Court, to file the reporter's record without costs **within thirty days** of the date of this order. *See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms.

Kindle and all parties.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE